UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **MICHAEL HYATT** | ) CIVIL ACTION NO.: 2:22-cv-04004 |
| | ) |
| **VERSUS** | ) JUDGE ELDON E. FALLON |
| | ) |
| **ABR LOGISTICS, LLC., THOMAS JOHNSON, AND QBE UK LIMITED** | ) MAGISTRATE KAREN W. ROBY ) |

## ALABAMA SHIPYARD, LLC'S MOTION FOR SUMMARY JUDGMENT TO DISMISS THIRD PARTY COMPLAINT OF ABR LOGISTICS, LLC

Third-Party Defendant, Alabama Shipyard, LLC ("ASY") moves for Summary Judgment to Dismiss the Third-Party Claim of ABR Logistics, LLC., Thomas Johnson, and QBE UK Limited trading as "British Marine" (collectively, "ABR") because as an employer under the LHWCA, 33 U.S.C. 901 *et seq.*, it is immune from tort and contractual indemnity. Further, under the Master Time Charter Agreement in effect, ASY was not obligated to insure ABR. This motion is pursuant to F.R.C.P. 56 and supported by its Memorandum of Law and Statement of Uncontested Materials Facts.

Respectfully submitted,

*/s/ Grady S. Hurley*
GRADY S. HURLEY (#13913),
AUSTIN S. GLASCOE (#38236)
**JONES WALKER LLP**
201 St. Charles Avenue, Suite 4800
New Orleans, LA  70170
Telephone:   (504) 582-8224
Fax:            (504) 589-8224
Email:         ghurley@joneswalker.com
                  aglascoe@joneswalker.com

*Attorney for Third-Party Defendant, Alabama Shipyard LLC.*

1

## **CERTIFICATE OF SERVICE**

I hereby certify that, on October 24, 2023, a copy of the foregoing has been forwarded to all parties and counsel of record via the Court's E-filing system, U.S. Mail, email, and/or facsimile.

*/s/ Grady S. Hurley*
GRADY S. HURLEY

#101688772v1