UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **MICHAEL HYATT** ) | **CIVIL ACTION NO.: 2:22-cv-04004** |
| ) | |
| **VERSUS** ) | **JUDGE ELDON E. FALLON** |
| ) | |
| **ABR LOGISTICS, LLC., THOMAS JOHNSON,** ) | **MAGISTRATE KAREN W. ROBY** |
| **AND QBE UK LIMITED** ) | |

## ALABAMA SHIPYARD, LLC'S STATEMENT OF UNCONTESTED MATERIAL FACTS IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGEMENT

**NOW COMES,** Alabama Shipyard, LLC ("ASY") in support of its Motion for Summary Judgment dismissing the Third-Party Complaint, submits the following uncontested material facts:

**(1)**

ASY owns and operates a ship repair and ship scrapping facility in Mobile, Alabama. *(Attachment 1, Unsworn Declaration of Timothy A. DeLong)*

**(2)**

At all material times, ASY employed Michael Hyatt ("Hyatt") as a rigger supervisor and crane operator. *(Attachment 1, Unsworn Declaration of Timothy A. DeLong)*

**(3)**

ASY purchased the GAEA 6, formerly known as the HERCULES 202, from Offshore Equipment, LLC., as scrap devoid of critical drilling equipment. *(Attachment 1-A, Purchase Sale Agreement attached to Unsworn Declaration of Timothy A. DeLong)*

**(4)**

On October 5, 2021, ASY entered into a Master Time Charter Agreement ("MTCA") with ABR Logistics, LLC. ("ABR") *(Attachment 2, Master Time Charter Agreement)*

**(5)**

On or about October 20, 2021, Hyatt was transported to the GAEA 6 on the M/V MISS

WYNTER.

**(6)**

Hyatt alleges that the M/V MISS WYNTER struck/allided with the ingress/egress ladder of the GAEA 6 while he was climbing, causing a hand injury. *(Seaman Complaint against All Defendants, R. Doc. 1)*

**(7)**

ASY paid benefits to Hyatt under the LHWCA as his employer.

**(8)**

Article 12 of the MTCA expressly provides that "It is understood and agreed that Client's (ASY) liability insurance <u>shall exclude</u> from coverage for those risks assumed or insured by Company (ABR)…" *(Attachment 2)*

**(9)**

Exhibit B of the MTCA obligates ABR to obtain liability insurance and to name ASY as an additional insured. *(Attachment 2, page 12-13)*

Respectfully submitted,

*/s/ Grady S. Hurley*
GRADY S. HURLEY (#13913),
AUSTIN S. GLASCOE (#38236)
**JONES WALKER LLP**
201 St. Charles Avenue, Suite 4800
New Orleans, LA  70170
Telephone:    (504) 582-8224
Fax:               (504) 589-8224
Email:            ghurley@joneswalker.com
                     aglascoe@joneswalker.com

***Attorney for Defendants, Alabama Shipyard LLC.***

## CERTIFICATE OF SERVICE

I hereby certify that, on October 24, 2023, a copy of the foregoing has been forwarded to all parties and counsel of record via the Court's E-filing system, U.S. Mail, email, and/or facsimile.

*/s/ Grady S. Hurley*
GRADY S. HURLEY