**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **MICHAEL HYATT** | ) | **CIVIL ACTION NO.: 2:22-cv-04004** |
| | ) | |
| **VERSUS** | ) | **JUDGE ELDON E. FALLON** |
| | ) | |
| **ABR LOGISTICS, LLC., THOMAS JOHNSON, AND QBE UK LIMITED** | ) ) | **MAGISTRATE KAREN W. ROBY** |

**NOTICE OF SUBMISSION**

Third-Party Defendant, Alabama Shipyard, LLC ("ASY") through undersigned counsel, gives notice in accordance with Local Rule 7.2 that its Motion for Summary Judgment will be submitted to the Court for decision on November 29, 2023, before the Honorable Eldon E. Fallon or as this Court may otherwise deem appropriate.

Respectfully submitted,

*/s/ Grady S. Hurley*
GRADY S. HURLEY (#13913),
AUSTIN S. GLASCOE (#38236)
**JONES WALKER LLP**
201 St. Charles Avenue, Suite 4800
New Orleans, LA 70170
Telephone:    (504) 582-8224
Fax:               (504) 589-8224
Email:            ghurley@joneswalker.com
                      aglascoe@joneswalker.com

*Attorney for Defendants, Alabama Shipyard LLC.*

1

## **CERTIFICATE OF SERVICE**

      I hereby certify that, on October 24, 2023, a copy of the foregoing has been forwarded to all parties and counsel of record via the Court's E-filing system, U.S. Mail, email, and/or facsimile.

                                          */s/ Grady S. Hurley*
                                          GRADY S. HURLEY

#101318562v1