UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| MICHAEL HYATT | * | CIVIL ACTION NO. 2:22-cv-04004 |
| Versus | * | JUDGE ELDON E. FALLON |
| ABR LOGISTICS, LLC, THOMAS JOHNSON, AND QBE UK LIMITED | * | MAGISTRATE JUDGE KAREN W. ROBY |

## DISMISSAL ORDER

The Court has been advised that the parties recently reached a settlement of all claims in the above-captioned case. Accordingly,

**IT IS HEREBY ORDERED** that this action be and is hereby **DISMISSED** without cost and without prejudice to the right, upon good cause shown, to reopen the action or to seek summary judgment enforcing the compromise if settlement is not consummated within a reasonable time.

The Court retains jurisdiction for all purposes, including enforcing the settlement agreement entered into by the parties. **COUNSEL ARE REMINDED THAT**, if witnesses have been subpoenaed, **EVERY WITNESS MUST** be notified by counsel not to appear.

New Orleans, Louisiana, this 6th day of December, 2023.

UNITED STATES DISTRICT JUDGE