UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| MICHAEL HYATT | CIVIL ACTION NO. 2:22-cv-04004 |
| VERSUS | JUDGE ELDON E. FALLON |
| ABR LOGISTICS, LLC, THOMAS JOHNSON, AND QBE UK LIMITED | MAGISTRATE JUDGE KAREN W. ROBY |

### ORDER

Considering the above and foregoing Joint Motion to Dismiss;

**IT IS HEREBY ORDERED** that all claims and causes of action by and between the parties in this captioned civil action are **DISMISSED** with prejudice. Each party shall bear its own costs.

New Orleans, Louisiana, this 3rd day of January, 2024.

_____
J U D G E